E-FILED
Tuesday, 05 December, 2017  10:55:19 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL LABORERS' PENSION FUND,    )
By and Through its Board of Trustees; and    )
    )
CENTRAL LABORERS WELFARE FUND,    )
By and Through its Board of Trustees; and    )
    )
CENTRAL LABORERS ANNUITY FUND,    )
By and Through its Board of Trustees; and    )
    )
CENTRAL    LABORERS    PENSION    )    Cause No.
SUPPLEMENT,   CENTRAL   LABORERS    )
RETIREE   WELFARE   FUND,   ILLINOIS    )
LABORERS' & CONTRACTORS JOINT    )
APPRENTICESHIP    AND    TRAINING    )
PROGRAM,    CENTRAL    ILLINOIS    )
LABORERS'    EMPLOYERS'    )
COOPERATION & EDUCATION TRUST,    )
CENTRAL    ILLINOIS    LABORERS    )
DISTRICT COUNCIL, SOUTHERN AND    )
CENTRAL    ILLINOIS    LABORERS'    )
VACATION FUND,    )
    )
        Plaintiffs,    )
    )
v.    )
    )
TERRY BROWN EXCAVATING, INC.    )
    )
        Defendant.    )

## COMPLAINT

## COUNT I

COME NOW Plaintiffs, CENTRAL LABORERS' PENSION FUND, CENTRAL

LABORERS WELFARE FUND, CENTRAL LABORERS ANNUITY FUND, CENTRAL

LABORERS PENSION SUPPLEMENT, CENTRAL LABORERS RETIREE WELFARE

FUND, ILLINOIS LABORERS' & CONTRACTORS JOINT APPRENTICESHIP AND

TRAINING PROGRAM, CENTRAL ILLINOIS LABORERS' EMPLOYERS' COOPERATION & EDUCATION TRUST, CENTRAL ILLINOIS LABORERS DISTRICT COUNCIL, SOUTHERN AND CENTRAL ILLINOIS LABORERS' VACATION FUND, by undersigned Counsel, and state as follows for their *Complaint* against Defendant, TERRY BROWN EXCAVATING, INC.:

## Parties

1.      Plaintiff CENTRAL LABORERS' PENSION FUND ("Pension Fund") is an employee benefit plan within the meaning of Sections 3(1) and (3), 502 and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. § 1002(1), (3), 1132 and 1145.  The Pension Fund's Board of Trustees are fiduciaries within the meaning of Section 3(21)(A) and 502 of ERISA, 29 U.S.C. §§ 1002(21)(A) and 1132 and are authorized to maintain this cause of action pursuant to Section 502(a)(3) of ERISA, 29 U.S.C. § 1132(a)(3), to enforce the terms of an ERISA plan.  The Pension Fund maintains its offices at Jacksonville, Morgan County, Illinois, within the territorial jurisdiction of this Court.

2.      Plaintiff CENTRAL LABORERS' WELFARE FUND ("Welfare Fund") is an employee benefit plan within the meaning of Sections 3(1) and (3), 502 and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. § 1002(1), (3), 1132 and 1145.  The Welfare Fund's Board of Trustees are fiduciaries within the meaning of Section 3(21)(A) and 502 of ERISA, 29 U.S.C. §§ 1002(21)(A) and 1132 and are authorized to maintain this cause of action pursuant to Section 502(a)(3) of ERISA, 29 U.S.C. § 1132(a)(3), to enforce the terms of an ERISA plan.  The Welfare Fund maintains its offices at Jacksonville, Morgan County, Illinois, within the territorial jurisdiction of this Court.

3.      Plaintiff CENTRAL LABORERS' ANNUITY FUND ("Annuity Fund") is an employee benefit plan within the meaning of Sections 3(1) and (3), 502 and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. § 1002(1), (3), 1132 and 1145.  The Annuity Fund's Board of Trustees are fiduciaries within the meaning of Section 3(21)(A) and 502 of ERISA, 29 U.S.C. §§ 1002(21)(A) and 1132 and are authorized to maintain this cause of action pursuant to Section 502(a)(3) of ERISA, 29 U.S.C. § 1132(a)(3), to enforce the terms of an ERISA plan.  The Annuity Fund maintains its offices at Jacksonville, Morgan County, Illinois, within the territorial jurisdiction of this Court.

4.      The Pension Fund, Welfare Fund and Annuity Fund are the designated collection agents on behalf of CENTRAL LABORERS PENSION SUPPLEMENT ("Pension Supplement"), CENTRAL LABORERS RETIREE WELFARE FUND ("Retiree Welfare"), ILLINOIS LABORERS' & CONTRACTORS JOINT APPRENTICESHIP AND TRAINING PROGRAM ("Training Fund"), CENTRAL ILLINOIS LABORERS' EMPLOYERS' COOPERATION & EDUCATION TRUST ("Central Illinois LECET"), CENTRAL ILLINOIS LABORERS DISTRICT COUNCIL ("District Council"), and SOUTHERN AND CENTRAL ILLINOIS LABORERS' VACATION FUND ("Vacation Fund").

5.      Defendant TERRY BROWN EXCAVATING, INC. ("Defendant," or "Terry Brown Excavating") is, and/or was, an Illinois Corporation maintaining its principal place of business at Auburn, Sangamon County, Illinois.

6.      Terry Brown Excavating is, was and at all relevant times has been, an employer in an industry affecting commerce within the meaning of Sections 3(5), (11), (12) and 515 of ERISA, 29 U.S.C. §§ 1002(5), (11), (12) and 1145 and of §§ 2(2), (6) and (7) of the LMRA, as amended, 29 U.S.C. §§ 152(2), (6) and (7).

3

## Jurisdiction and Venue

7.      This Court has jurisdiction over Plaintiffs' claims by virtue of Sections 502(a)(3) and 515 of ERISA, 29 U.S.C. § 1132(a)(3) and 1145, and pursuant to § 301(a) and (c) of the LMRA, 29 U.S.C. § 185(a) and (c).

8.      This Court has personal jurisdiction over Terry Brown Excavating, Inc. pursuant to ERISA § 502(e), 29 U.S.C. § 1132(e) and pursuant to § 301(a) of the LMRA, 29 U.S.C. § 185(a).

9.      Venue is proper in this Court pursuant to ERISA Section 502(e)(2), 29 U.S.C. § 1132(e)(2) and § 301 of the LMRA, 29 U.S.C. § 185.

## Facts

10.     Terry Brown Excavating, Inc. is, was, and at all times relevant to this Complaint has been signatory to one or more collective bargaining agreements ("CBA's") with one or more local union(s) affiliated with the District Council and the Laborers International Union of North America ("LiUNA"). *See*, **EXHIBIT A**.

11.     Terry Brown Excavating, Inc. is further signatory to and bound by one or more Participation Agreement(s) with the Plaintiff Funds.

12.     Pursuant to the CBA's and/or Participation Agreements, Terry Brown Excavating, Inc. agreed to become signatory to and bound by certain Trust Documents establishing the Plaintiff Funds.

13.     Pursuant to the CBA's and Participation Agreements, Terry Brown Excavating, Inc. agreed to pay contributions to the Plaintiff Funds at rates specified in the Participation Agreement, and/or CBA's.

4

14.     Pursuant to the CBA's and Participation Agreements, Terry Brown Excavating, Inc. is required to pay contributions by the 15th of each month related to the previous month's work.

15.     Pursuant to the CBA's and Participation Agreements and policies adopted by the Plaintiff Funds' Trustees, in the event Terry Brown Excavating, Inc. does not timely pay contributions, Terry Brown Excavating, Inc. shall be liable for Liquidated Damages.

16.     Pursuant to the CBA's and Participation Agreements and policies adopted by the Plaintiff Funds' Trustees, as well as ERISA, in the event Terry Brown Excavating, Inc. does not timely pay contributions, Terry Brown Excavating, Inc. shall be liable for interest.

17.     Pursuant to ERISA, the CBA's and Participation Agreements and policies adopted by the Plaintiff Funds' Trustees, in the event of litigation to collect a delinquency, Terry Brown Excavating, Inc. shall be liable for Plaintiffs' attorney's fees and costs.

18.     Terry Brown Excavating, Inc. employs, and/or has employed, individuals who are members of, and/or represented by, local union affiliates of the District Council and LiUNA and/or on behalf of whom the Pension Fund, Annuity Fund and Welfare Fund act as designated collection agents for the receipt and processing of contributions required by the CBA's and Participation Agreement(s).

19.     The CBA's, and/or the Participation agreement and Declarations of Trust, and/or the policies adopted by the Trustees specifically authorize the Trustees to conduct audits of contributing employers.

20.     Plaintiffs conducted an audit of Terry Brown Excavating, Inc. for the period of April 1, 2012 through January 31, 2017. *See*, **Exhibit B**.

5

21.     The audit resulted in a finding of liability due to Plaintiffs in the amount of $6,272.71.

22.     Pursuant to § 502(g)(2)(C)(ii) of ERISA, 29 U.S.C. § 1132(g)(2)(C)(ii), and the terms of the Trust Document/plan establishing the Plaintiff Funds, Terry Brown Excavating, Inc. is liable to Plaintiffs for Liquidated Damages in the amount to ten percent (10%) of the audited liability due, or $627.27.

23.     Pursuant to § 502(g)(2)(C)(i) of ERISA, 29 U.S.C. § 1132(g)(2)(C)(i), and the terms of the Trust Document/plan establishing the Plaintiff Funds, Terry Brown Excavating, Inc. is liable to Plaintiffs for interest, in an amount to be proven at trial.

24.     Pursuant to § 502(g)(2)(D) of ERISA, 29 U.S.C. § 1132(g)(2)(D), the terms of the Trust Document/plan establishing the Plaintiff Funds, Terry Brown Excavating, Inc. is liable to Plaintiffs for audit costs of $518.36.

25.     Pursuant to § 502(g)(2)(D)(2) of ERISA, 29 U.S.C. § 1132(g)(2)(D)(2), Terry Brown Excavating, Inc. is further liable for Plaintiffs' attorneys' fees and costs, in an amount to be proven at trial.

26.     Plaintiffs have made demand upon Terry Brown Excavating, Inc. for payment of the foregoing amounts, but Terry Brown Excavating, Inc. has improperly failed and refused to do so.

27.     As a result of the acts and omissions complained of herein, Plaintiffs have been harmed.

WHEREFORE, Plaintiffs respectfully pray that the Court:

        a.      Enter Judgment for Plaintiffs and against Defendant;

b.      Enter an Order awarding Plaintiffs delinquent contributions due in the amount of $6,272.71;

c.      Enter an Order awarding Plaintiffs Liquidated Damages in the amount of $627.27;

e.      Enter an Order awarding Plaintiffs interest in an amount to be proven at trial;

f.      Enter an Order awarding Plaintiffs audit costs in the amount of $518.36;

g.      Enter an Order awarding Plaintiffs their attorneys' fees and costs; and

h.      Enter Orders for such further relief as the Court deems proper in the premises.

Respectfully Submitted,

CAVANAGH & O'HARA LLP


 /s/  James R. Kimmey
JAMES R. KIMMEY, ARDC 6314932
101 W. Vandalia St., Suite 245
Edwardsville, IL  62025
(618) 692-5250 (tel.)
(618) 692-5254 (fax)
jaykimmey@cavanagh-ohara.com

Attorneys For Plaintiffs